## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) CRIMINAL NO.:  25-CR-91-KD |
| | ) |
| **RAMIRO GARCIA RODRIGUEZ** | ) |
|     **Defendant.** | ) |

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge Sonja F. Bivins, and without any objection having been filed by the parties, the plea of guilty of the Defendant Ramiro Garcia Rodriguez to Count Two of the Indictment—charging a violation of 18 U.S.C. § 922(g)(5): possession of a firearm by a prohibited person (illegal alien)—is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **September 26, 2025, at 1:00 p.m. in Courtroom 4B** of the United States Courthouse, 155 St. Joseph Street, Mobile, Alabama 36602.

**DONE** and **ORDERED** this **9th** day of **July 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**